THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03143-RPM

ROBERT G. SORY, JR.,

      Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that  a scheduling conference will be held on **January 30, 2014, at 11:30**

**a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions

for Preparation of Scheduling Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the

format provided with those instructions (Rev. 11/11).  The proposed order (original only)

on paper, shall be submitted directly to chambers by **4:00 p.m. on January 23, 2014.**  The

conference is conducted with lead counsel present in person.  No parties or representatives

of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1) will be

completed no later than 10 calendar days before the scheduling conference.  It is

FURTHER ORDERED, that counsel for the defendant shall file a disclosure statement pursuant to Fed.R.Civ.P. 7.1.

Dated: December 17th, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge