IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 13-cv-03143-RPM

ROBERT G. SORY, JR.

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S MOTION FOR RULE 35
INDEPENDENT MEDICAL EXAMINATION**
_____

    Upon review of the Defendant's Motion For Rule 35 Independent Medical Examination and the Plaintiff's objections overruled at the scheduling conference, it is

    ORDERED that Robert G. Sory, Jr., shall submit to an independent medical examination with Dr. Ranee Shenoi on May 13, 2014, at 10:00 A.M. at her office located at 7373 W. Jefferson Avenue, Suite 303, Lakewood, CO 80235.

    Done this 22nd day of April 2014.

                              BY THE COURT

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge