IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 13-cv-03143-RPM

ROBERT G. SORY, JR.

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

    Defendant.

_____

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER having come before the Court on the Stipulation For Dismissal With Prejudice, and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, with each party to pay their own fees and costs.

    DATED: July 16, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge